UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOUAZZA CHAIBI<br>　　Plaintiff,<br><br>v.<br><br>JAMES M. HIGGINS, C&S<br>WHOLESALE GROCERS, INC. and<br>ERIE LOGISTICS, LLC<br>　　Defendants. | )<br>)<br>)<br>)<br>)  DOCKET NO: 05-11616 NG<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER AND JURY DEMAND OF DEFENDANTS, JAMES M. HIGGINS, C&S WHOLESALE GROCERS, INC. and ERIE LOGISTICS, LLC TO PLAINTIFF'S COMPLAINT**

FIRST DEFENSE

Each count of the plaintiff's Complaint fails to state a cause of action from which relief can be granted.

SECOND DEFENSE

The defendants respond to the allegations contained in the plaintiff's Complaint paragraph by paragraph as follows:

1. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendants admit the allegations contained in this paragraph.

3. The defendants admit the allegations contained in this paragraph.

4. The defendants admit the allegations contained in this paragraph.

COUNT ONE
*Bouazza Chaibi v. James M. Higgins/Negligence*

5. The defendants repeat their responses to paragraphs 1-4 above as if set forth fully herein.

6. The defendants deny the allegations contained in this paragraph.

7. The defendants admit the allegations contained in this paragraph.

8. The defendants admit the allegations contained in this paragraph.

9. The defendants deny the allegations contained in this paragraph.

10. The defendants deny the allegations contained in this paragraph.

WHEREFORE, the defendants deny that the plaintiff is entitled to judgment in any amount.

## COUNT TWO
*Bouazza Chaibi v. C&S Wholesale Grocers/Agency*

11. The defendants repeat their responses to paragraphs 1-10 above as if set forth fully herein.

12. The defendants deny the allegations contained in this paragraph.

13. The defendants deny the allegations contained in this paragraph.

WHEREFORE, the defendants deny that the plaintiff is entitled to judgment in any amount.

## COUNT THREE
*Bouazza Chaibi vErie Logistics/Agency*

14. The defendants repeat their responses to paragraphs 1-13 above as if set forth fully herein.

15. The defendants admit the allegations contained in this paragraph.

16. The defendants deny the allegations contained in this paragraph.

WHEREFORE, the defendants deny that the plaintiff is entitled to judgment in any amount.

## AFFIRMATIVE DEFENSES

### THIRD DEFENSE

The defendants deny each and every allegation of the plaintiff's Complaint except as specifically admitted above.

957258v1

## FOURTH DEFENSE

By way of affirmative defense, the defendants state that the action is barred by the applicable statute of limitations.

## FIFTH DEFENSE

By way of affirmative defense, the defendants are guilty of no negligence.

## SIXTH DEFENSE

By way of affirmative defense, the corporate defendant is mis-named.

## SEVENTH DEFENSE

By way of affirmative defense, the defendants state that this action shall be dismissed for insufficiency of process.

## EIGHTH DEFENSE

By way of affirmative defense, the defendants state that the plaintiff has failed to mitigate his alleged damages

## NINTH DEFENSE

The defendants state that this action shall be dismissed for lack of jurisdiction.

## TENTH DEFENSE

The defendants state that this action shall be dismissed for improper venue.

957258v1

## JURY CLAIM

THE DEFENDANTS DEMAND A JURY TRIAL ON ALL ISSUES RAISED IN THEIR ANSWER.

The Defendants,
JAMES M. HIGGINS, C&S WHOLESALE
GROCERS, INC. and
ERIE LOGISTICS, LLC
By their attorney,

_____
Lee Stephen MacPhee -  BBO No. 312400
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on ___8/2/05___.