UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOUAZZA CHAIBI<br>Plaintiff,<br><br>v.<br><br>JAMES M. HIGGINS, C&S<br>WHOLESALE GROCERS, INC. and<br>ERIE LOGISTICS, LLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO:<br><br>05cv11616-NG |

## STIPULATION OF DISMISSAL

The parties stipulate that the above-captioned case may be dismissed with prejudice and without costs.

The Plaintiff,
BOUAZZA CHAIBI
By his attorney,

_____
Leonard L. Spada – BBO# 560191
Spada & Zullo, LLP
111 Everett Ave., Suite 1F
Chelsea, MA 02150
617-889-5000

The Defendants,
JAMES M. HIGGINS, C&S WHOLESALE
GROCERS, INC. and
ERIE LOGISTICS, LLC
By their attorney,

_____
Lee Stephen MacPhee - BBO No. 312400
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

957258v1